# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | SA CV 11-01843-DOC(AJWx) | Date   December 27, 2011 |
| Title | GOOD HILL INC. -V- CYRUS SHAYEGI, et al. | |

| Present: The Honorable | DAVID O. CARTER | |
|---|---|---|
| D. Beard | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE JANUARY 10, 2012

    Counsel are hereby ordered to show cause in writing no later than **January 10, 2012**, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of a response.

    Counsel is advised that the Court will consider the filing of:

    X      Answer by defendant(s)

on or before the date upon which the response is due.

    The Clerk shall serve this minute order on counsel for all parties in this action.

                                                      : 0

Initials of Preparer   db for jb